No. 375. Ex PARTE GUZMÁN, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company en enero 2 de 1913. Resuelto en febrero 3, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

---

No. 946. HERNÁNDEZ *v.* SOBRINOS DE PEDRO DE DIEGO Y CO., S. EN C.—Apelación procedente de la Corte de Distrito de Guayama. Moción de los apelados para que se desestime la apelación. Resuelto en febrero 4, 1913. Desestimada la apelación por incumplimiento del artículo 249 del Código de Enjuiciamiento Civil enmendado por la Ley No. 70 de marzo 9, 1911. Abogado de los apelados: *Sr. Tomás Bernardini de la Huerta.* Abogado del apelante: *Sr. Manuel A. Martínez.*

---

No. 373. Ex PARTE MAS, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en diciembre 20, 1912. Resuelto en febrero 6, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.